GEORGIA,
Chatham Co.
JAN. 1806.

Davis
vs.
Scott.

*Minutes of Superior Court, letter F. p. 155.*

## JOSEPH DAVIS *vs.* THOMAS SCOTT.

MR. STITES, on the part and behalf of the defendant, objected to this case going to the jury, stating, that the defendant had been admitted to take the benefit of the act for the relief of insolvent debtors, and was, therefore, discharged from this debt, and that therefore no judgment ought to be rendered against him.

Mr. *Cuyler,* for the plaintiff, contended, that although the defendant had taken the benefit of the act for the relief of insolvent debtors, yet a judgment may be obtained against him, and property acquired by the defendant be made subject to such judgment, notwithstanding the person of the defendant could not be taken in execution ; and the court, being of opinion with the plaintiff's counsel,

*It is considered and ordered,* that he do proceed in the cause.

*Verdict for plaintiff.*

Cuyler, for plaintiff.
Stites, for defendant.